UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: HANDEX GROUP, INC., <br><br>    Debtor <br><br>——————————————— <br><br> ROBERT M. and ELANOR H. GALLAGHER, PATRICK and CAROL MURRAY, RICHARD & ELLEN SPOHN, CHARLES and CHERYL THORWARTH, <br><br>    Plaintiffs, <br><br> v. <br><br> SHELL OIL COMPANY, SHELL OIL PRODUCTS U.S., SHELL OIL PRODUCTS COMPANY, SHELL OIL PRODUCTS LLC, MOTIVA ENTERPRISES, LLC, HANDEX OF NEW JERSEY, INC., GEORGE STAMOULIS & ALBERTA STAMOULIS, GEORGE STAMOULIS, INC., individually and as successor to GEORGE STAMOULIS and ALBETA STAMOULIS, ABC CORPORATIONS 1 THROUGH 20 (names being fictitious), JOHN DOES 1-10 (names being fictitious), AND ROBERT ROES 1-10 (names being fictitious), <br><br>    Defendants. | 05-5849 (WJM) <br><br><br> **ORDER** |

     A Report and Recommendation was filed on March 23, 2006 recommending that this civil action be remanded to the Superior Court of New Jersey, Law Division, Bergen County; and the parties having been given notice that they had ten days within which to object to the Report and Recommendation pursuant to Local Rule 72.1(c)(2); no objections having been received; and the Court having reviewed the Report and Recommendation *de novo*; and good cause appearing;

**IT IS** on this 17th day of April 2006, hereby

**ORDERED** that the Report and Recommendation of Magistrate Judge Ronald J. Hedges is adopted as the Opinion of this Court; and it is further

**ORDERED** that this matter be and hereby is remanded to the Superior Court of New Jersey, Law Division, Bergen County.

                                                  s/ William J. Martini
                                                  **William J. Martini, U.S.D.J.**

cc:      The Hon. Ronald J. Hedges, U.S.M.J.